# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0479. JOUVAL ZIVE v. CLAYTON COUNTY.

On May 21, 2025, this Court granted Jouval Zive's discretionary application and notified Zive that it was necessary to file a notice of appeal within ten days.[1] See *Zive v. Clayton County*, Case No. A25D0385 (May 21, 2025); OCGA § 5-6-35 (g). Thirteen days later, on June 3, 2025, Zive filed a notice of appeal. We lack jurisdiction.

The timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Zive failed to file a notice of appeal within ten days of our order granting the application, the notice of appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See OCGA § 5-6-35 (g); *White*, 188 Ga. App. at 557.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/12/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] On the same date, this Court also granted Zive's discretionary application in related Case No. A25D0384. See *Zive v. Clayton County*, Case No. A26A0480.